Marc S. Dreier (MD-9713)
Regina M. Alter (RA-7014)
Alicia Fabé (AF-5000)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHOICES WOMEN'S MEDICAL CENTER, INC.,  :
: 04 Civ.1677
Plaintiff, :
:
- against -  : **STIPULATION OF**
: **DISCONTINUANCE**
41ST AVENUE REALTY ASSOCIATES, LLC, :
REH MANAGEMENT CORP. and TIM ZISS, :
:
Defendants. :
-------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties hereto, that the above-entitled action is withdrawn and discontinued, along with all claims and potential counterclaims, with prejudice, and without costs to any of the parties as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Facsimile signatures shall be deemed to be originals.

Dated: New York, New York
April 24, 2006

{00159806.DOC;}

DREIER LLP

By: _____
Marc S. Dreier
Regina M. Alter
Alicia Fabe

490 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiff*

MANTON, SWEENEY, GALLO, REICH
& BOLZ, LLP

By: _____
David A. Gallo
Rashel M. Mehlman

95-25 Queens Boulevard
New York, NY 11374
(718) 459-9000

*Attorneys for Defendants*

So ordered.

JSDJ
5/2/06

{00159806.DXX;}